**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL ROBINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:24-cv-4185 |
| | ) | |
| ELITE LINE SERVICES, INC., | ) | |
| | ) | Honorable Lindsay C. Jenkins |
| Defendant. | ) | |

**AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER**

The Parties, by and through their undersigned counsel, hereby move this Court to enter the proposed confidentiality order ("Proposed Order"), attached hereto as Exhibit 1, stating as follows:

1. The Parties agree that the Proposed Order is necessary in this case because confidential, personal identity information, including but not limited to, personnel and/or employment records and other sensitive information and documents have been requested in discovery, and will likely be exchanged during this case.

2. Federal Rule of Civil Procedure 26(c) provides that "the court may, for good cause, issue an order to protect a party of person from annoyance, embarrassment, oppression, or undue burden or expense…" Fed. R. Civ. P. 26(c). "Rule 26(c) confers broad discretion on the trial court to decide when a protective order is appropriate and what degree of protection is required." *Malibu Media, LLC v. John Does* 1-6, 291 F.R.D. 191, 206 (N.D. Ill. 2013).

3. Here, the Parties agree there is good cause to enter the Proposed Order. Based on the documents and information that have been requested, and potentially to be requested in discovery, the Proposed Order is both reasonable and warranted to limit the dissemination of the Parties' and any non-parties' confidential information.

4. The Parties conferred and agreed to the terms of the Proposed Order attached hereto as Exhibit 1.

WHEREFORE, for all the reasons stated herein, the Parties respectfully request that this Honorable Court grant their Motion, enter the Proposed Order attached hereto as Exhibit 1, and for any other and further relief the Court deems appropriate and just.

Date: December 6, 2024

Jointly submitted,

| **Plaintiff, Michael Robins** | **Daifuku Services America Corporation f/k/a Elite Line Services, Inc.** |
|---|---|
| /s/ *Antonio L. Jeffrey* | /s/ *Jiwon J. Yhee* |
| Antonio L. Jeffrey | Jiwon J. Yhee |
| Jeffrey Law Office, LLC | Christen J. McGlynn |
| 27475 Ferry Rd., Ste. 143 | Masuda, Funai, Eifert & Mitchell, Ltd. |
| Warrenville, IL 60555 | 203 N. LaSalle Street, Suite 2500 |
| (312) 583-7072 | Chicago, Illinois 60601 |
| ajeffrey@jeffreylawoffice.com | (312) 245-7500 |
| *Attorney for Plaintiff* | jyhee@masudafunai.com |
| | cmcglynn@masudafunai.com |
| | *Attorneys for Defendant* |